USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
ELIPIDIO AGUILAR FLORES,

                  Petitioner,

    -v-

DIRECTOR THOMAS DECKER,
*Director of the New York Field Office of U.S. Immigration & Customs Enforcement*,

ACTING SECRETARY CHAD WOLF,
*in his official capacity as Acting Secretary, U.S. Department of Homeland Security*,

SHERIFF CARL E. DUBOIS,
*in his official capacity as Sheriff of Orange County, New York*,

                  Respondents.
------------------------------------------------------------------X

20-cv-2422 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case has been assigned to me for all purposes. IT IS HEREBY ORDERED:

    Respondents shall file a response to the emergency application no later than 10:00 p.m. on March 25, 2020. Petitioner shall file a reply by 10:00 p.m. on March 26, 2020.

    A hearing and argument on the motion for a preliminary injunction will be held telephonically at 2:45 p.m. on March 27, 2020. Counsel are directed to call (888) 251-2909 and use Access Code 2123101.

    SO ORDERED.

Dated: March 20, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge