

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 31, 2020

> The parties' request for an adjournment is GRANTED.  The conference previously scheduled for January 7 will be held on February 9, 2021 at 10:00 a.m.  Parties are directed to dial 888-251-2909 and use access code 2123101.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
> 1/4/2021

<u>VIA ECF</u>
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:**   *Flores v. Decker*, No. 20 Civ. 2422 (LJL)

Dear Judge Liman:

  This Office represents the government in the above-referenced habeas action brought pursuant to 28 U.S.C. § 2241.  As noted in the government's March 25, 2020 letter, *see* ECF No. 8, on that date U.S. Immigration and Customs Enforcement ("ICE") released the petitioner on an order of recognizance, in light of the totality of the circumstances including the unique circumstances presented by the COVID-19 pandemic.  The Court has scheduled a conference on January 7, 2021.  *See* ECF No. 10.  I write respectfully on behalf of both parties to request that the Court adjourn the conference by approximately 30 days.  Counsel for both parties are generally available for a rescheduled conference during the week of February 8, 2021.

  The parties respectfully request the adjournment to allow them to pursue the possibility that the case may be resolved without further intervention of the Court, in light of current circumstances.  Petitioner's counsel joins in this request.

  We thank the Court for its consideration of this letter.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney
          Southern District of New York

     By:   *s/ Michael J. Byars*
        MICHAEL J. BYARS
        Assistant United States Attorney
        Telephone:  (212) 637-2793
        Facsimile:  (212) 637-2786
        E-mail:  michael.byars@usdoj.gov

cc:  All counsel (via ECF)